UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOWARD YOUNG,

    Petitioner,

v.

WARDEN B. EISCHEN,

    Respondent.

Case No. 23-CV-3227 (PJS/JFD)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner Howard Young, pro se.

Kristen Elise Rau and Ana H. Voss, United States Attorney's Office, for respondent B. Eischen

\*\*\*

The Court has received the Report and Recommendation of United States Magistrate Judge John F. Docherty. [ECF No. 9.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter,

**IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 9] is **ADOPTED**.

2. The petition for a writ of habeas corpus of petitioner Howard Young [ECF No. 1] is **DENIED**.

1

3. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date: February 5, 2024      *s/Patrick J. Schiltz*
                             PATRICK J. SCHILTZ
                             Chief United States District Judge